1  JAMES E. TOWERY -- BAR NO. 74058
   LAURA F. DUMAS -- BAR NO. 242270
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  Attorneys for Defendant
   THOMAS SPIELBAUER
6

7  ANN MILLER RAVEL, County Counsel – Bar No. 62139
   MARCY L. BERKMAN, County Counsel – Bar No. 151915
8  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
9  San Jose, California 95110-1770
   Phone: (408) 299-5900
10 Fax: (408) 2927240

11 Attorneys for Defendants
   COUNTY OF SANTA CLARA, J.J. KAPP,
12 MICHELLE DIEDERICHS, RONALD KNAPEL,
   STEFANY GLASS, LYNN AGRE, THOMPSON
13 SHARKEY, AND RODERIC O'CONNOR

14 ANTHONY BOSKOVICH – Bar No. 121198
   LAW OFFICES OF ANTHONY BOSKOVICH
15 28 N. First Street, 6th Floor
   San Jose, CA 95113-1210
16 Phone: (408) 286-5150
   Fax: (408) 286-5170
17
   Attorney for Plaintiff
18 LONGINO ACERO, JR.

19              UNITED STATES DISTRICT COURT

20            NORTHERN DISTRICT OF CALIFORNIA

21 LONGINO ACERO, JR.                No. 07-cv-00029-JW

22          Plaintiff,              STIPULATION OF THE PARTIES AND
                                    PROPOSED ORDER TO FOREGO
23    vs.                           PARTICIPATION IN EARLY NEUTRAL
                                    EVALUATION
24 COUNTY OF SANTA CLARA, J.J.
   KAPP; MICHELLE DIEDERICHS;
25 RONALD KNAPEL; STEFANY GLASS;
   LYN AGRE; THOMAS SPIELBAUER;
26 THOMPSON SHARKEY; RODERIC
   O'CONNOR; DOES 1 to 100,,
27
            Defendants.
28

Stipulation re ENE
\\HFJAFS\NDrive\76951\Ple\264865.doc

1      Pursuant to this Court's Order following the initial case management conference in

2  this matter, in which the parties were referred to a settlement conference before Magistrate

3  Judge Richard Seeborg, the parties hereby stipulate that they no longer wish to participate

4  in early neutral evaluation as they had previously agreed.

5                                                          SO STIPULATED.

6  DATED: June ___, 2007

7                                          HOGE, FENTON, JONES & APPEL. INC.

8                                          By _____

9                                             Laura F. Dumas
                                             Attorneys for Defendant Thomas
10                                            Spielbauer

11  DATED: June 27, 2007

12

13                                         ANN MILLER RAVEL
                                           OFFICE OF THE COUNTY COUNSEL
14

15                                         By Marcy L. Berkman,
16                                         Deputy County Counsel
                                           Attorneys for Defendants County of Santa
17                                         Clara, et al.

18  DATED: June 29, 2007                   LAW OFFICES OF ANTHONY
                                           BOSKOVICH
19

20

21

22                                         By Anthony Boskovich
                                           Attorney for Plaintiff Longino Acero, Jr.
23

24

25

26

27

28

                                  -2-

Stipulation re ENE
C:\DOCUME~1\LFD\LOCALS~1\Temp\mwtemp788w9642.tmp

1

**PROPOSED ORDER**

2          Pursuant to the Order of this Court dated April 23, 2007, the parties have been

3    referred to a settlement conference before Magistrate Judge Richard Seeborg.

4    Accordingly, the parties' participation in Early Neutral Evaluation, as they previously

5    stipulated, is no longer required.

6

7    Dated:   July 3, 2007          _____

8                                   HON. JAMES WARE, DISTRICT COURT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Stipulation re ENE
\\HFJAFS\NDrive\76951\Ple\264865.doc