1  JAMES E. TOWERY -- BAR NO. 74058
   LAURA F. DUMAS -- BAR NO. 242270
2  HOGE, FENTON, JONES & APPEL, INC.
   Sixty South Market Street, Suite 1400
3  San Jose, California 95113-2396
   Phone: (408) 287-9501
4  Fax:  (408) 287-2583

5  Attorneys for Defendant
   THOMAS SPIELBAUER
6

7  ANN MILLER RAVEL, County Counsel – Bar No. 62139
   MARCY L. BERKMAN, County Counsel – Bar No. 151915
8  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
9  San Jose, California 95110-1770
   Phone: (408) 299-5900
10 Fax: (408) 2927240

11 Attorneys for Defendants
   COUNTY OF SANTA CLARA, J.J. KAPP,
12 MICHELLE DIEDERICHS, RONALD KNAPEL,
   STEFANY GLASS, LYNN AGRE, THOMPSON
13 SHARKEY, AND RODERIC O'CONNOR

14 ANTHONY BOSKOVICH – Bar No. 121198
   LAW OFFICES OF ANTHONY BOSKOVICH
15 28 N. First Street, 6th Floor
   San Jose, CA 95113-1210
16 Phone: (408) 286-5150
   Fax: (408) 286-5170
17
   Attorney for Plaintiff
18 LONGINO ACERO, JR.

19            UNITED STATES DISTRICT COURT

20          NORTHERN DISTRICT OF CALIFORNIA

21 LONGINO ACERO, JR.                    No. 07-cv-00029-JW

22        Plaintiff,                     STIPULATION OF THE PARTIES AND
                                         PROPOSED ORDER TO CONTINUE
23    vs.                                HEARING ON DEFENDANTS' MOTION FOR
                                         SUMMARY JUDGMENT
24 COUNTY OF SANTA CLARA, J.J.
   KAPP; MICHELLE DIEDERICHS;
25 RONALD KNAPEL; STEFANY GLASS;
   LYN AGRE; THOMAS SPIELBAUER;
26 THOMPSON SHARKEY; RODERIC
   O'CONNOR; DOES 1 to 100,,
27
          Defendants.
28

                                      -1-

Stipulation to Continue Hearing
\\HFJAFS\NDrive\76951\Ple\274790.doc

1    Whereas a hearing on defendants' motion for summary judgment has been specially

2    set for October 2, 2007; and

3    Whereas counsel for all parties have been consumed with the press of business

4    over the past several weeks; and

5    Whereas plaintiff's counsel has vacation planned from August 28, 2007 to

6    September 10, 2007, and a jury trial on September 17, 2007, both of which occur just

7    before plaintiff's counsel would be required to file an opposition to defendants' motion for

8    summary judgment with the current hearing date; and

9    Whereas counsel for defendant Thomas Spielbauer, James Towery, will be out of

10   the country from August 28, 2007 to September 15, 2007; and

11   Whereas all counsel desire to devote sufficient attention to the unique legal issues

12   presented in this motion; and

13   Whereas in addition to the matters noted above, all counsel are facing significant

14   competing demands from other matters on calendar, the interests of justice would be

15   served by a continuance of the hearing date and the concurrent briefing schedule;

16   Therefore the parties stipulate and agree as follows:

17   1) That the hearing on the motion for summary judgment be continued from October

18   2, 2007 at 9:00 a.m. to November 5, 2007 at 9:00 a.m.

19                                                    SO STIPULATED.

20   DATED: August 17, 2007

21                                          HOGE, FENTON, JONES & APPEL, INC.

22                                   By _____

23                                          Laura F. Dumas
                                           Attorneys for Defendant Thomas
24                                          Spielbauer

     DATED: August 20, 2007

25

26

27

28

Stipulation to Continue Hearing
\\HFJAFS\NDrive\76951\Ple\274790.doc

1   DATED: August 17, 2007                    ANN MILLER RAVEL
                                              OFFICE OF THE COUNTY COUNSEL
2

3

4                                             By Marcy L. Berkman,
                                              Deputy County Counsel
5                                             Attorneys for Defendants County of Santa
                                              Clara, et al.
6

7

8

9   DATED: August ___, 2007                   LAW OFFICES OF ANTHONY
                                              BOSKOVICH
10

11

12

13                                            By Anthony Boskovich
                                              Attorney for Plaintiff Longino Acero, Jr.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

ANN MILLER RAVEL
OFFICE OF THE COUNTY COUNSEL

_____

By Marcy L. Berkman,
Deputy County Counsel
Attorneys for Defendants County of Santa
Clara, et al.

DATED: August 2⸱ , 2007

LAW OFFICES OF ANTHONY
BOSKOVICH

_____

By Anthony Boskovich
Attorney for Plaintiff Longino Acero, Jr.

-3-

**PROPOSED ORDER**

Per the stipulation of the parties, the hearing on defendants' motion for summary judgment, which was specially set for October 2, 2007 is hereby continued to November 5, 2007 at 9:00 a.m. The parties shall follow the local rules with respect to filing and briefing of Defendant's anticipated Motion for Summary Judgment.

Date: 8/22/2007

_____

HON. JAMES WARE, DISTRICT COURT JUDGE