1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

**\*E-FILED\***
**October 23, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LONGINO ACERO, JR.,                                    No.  C 07-00029 JW  (HRL)

            Plaintiff,

v.                                                                **ORDER RESCHEDULING**
                                                                  **SETTLEMENT CONFERENCE**
COUNTY OF SANTA CLARA, et al.,

            Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

        IT IS HEREBY ORDERED that the settlement conference previously scheduled for

**December 14, 2007** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has

been rescheduled to **March 21, 2008 at 10:30 a.m**.

        Counsel who will try the case shall appear at the settlement conference with the parties and

with the person or persons having full authority to negotiate and to settle the case.  Settlement

conference statements, if not previously submitted,  are due seven (7) days prior to the settlement

conference.  All other provisions of this Court's Order, dated August 27, 2007, shall remain in effect.

1        The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles

2  prior to the date set for settlement conference.

3

4  Dated:   October 23, 2007

5

6                          RICHARD SEEBORG

7                          United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3  Marcy Berkman     marcy.berkman@cco.sccgov.org

4  Anthony Boskovich     policemisconduct@compuserve.com

5  Laura Felton Dumas     lfd@hogefenton.com, jjp@hogefenton.com

6  James Earl Towery     jet@hogefenton.com, apb@hogefenton.com, slq@hogefenton.com

7

8

9  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

10

11  Dated: October 23, 2007

12

13                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

14

                        By:     /s/ *BAK*_____
15

16

17

18

19

20

21

22

23

24

25

26

27

28