**\*E-FILED\***
**October 24, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGINO ACERO, JR., | No.  C 07-00029 JW  (HRL) |
| Plaintiff, | |
| v. | **AMENDED ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

   IT IS HEREBY ORDERED that the settlement conference previously scheduled for **December 14, 2007** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **March 21, 2008 at 9:30 a.m**.

   Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted,  are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order, dated August 27, 2007, shall remain in effect.

1 | The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 | prior to the date set for settlement conference.
3 |
4 | Dated:   October 24, 2007

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Marcy Berkman     marcy.berkman@cco.sccgov.org

Anthony Boskovich     policemisconduct@compuserve.com

Laura Felton Dumas     lfd@hogefenton.com, jjp@hogefenton.com

James Earl Towery     jet@hogefenton.com, apb@hogefenton.com, slq@hogefenton.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: October 24, 2007

                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:     /s/ *BAK*