Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

408-286-5150

Attorney for plaintiff LONGINO ACERO, JR.

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

LONGINO ACERO, JR.,
    Plaintiff,
v.
COUNTY OF SANTA CLARA; J. J. KAPP; MICHELLE DIEDERICHS; RONALD KNAPEL; STEFANY GLASS; LYN AGRE; THOMAS SPIELBAUER; THOMPSON SHARKEY; RODERIC O'CONNOR; DOES 1 to 100,

No. C07-00029 JW

DISMISSAL OF DEFENDANTS J. J. KAPP, MICHELLE DIEDERICHS, RONALD KNAPEL, STEFANY GLASS, LYN AGRE, THOMAS SPIELBAUER, THOMPSON SHARKEY, AND RODERIC O'CONNOR; [PROPOSED] ORDER

    Pursuant to the Stipulation and Order signed by this Court on 22 October 2007, defendants J.J. KAPP, MICHELLE DIEDERICHS, RONALD KNAPEL, STEFANY GLASS, LYN AGRE, THOMAS SPIELBAUER, THOMPSON SHARKEY, and RODERIC O'CONNOR are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1). Each side shall bear its own attorney's fee and costs. For purposes of this litigation only, any representation of plaintiff provided by these individual defendants in the case numbers at issue in this litigation shall be deemed within the course and scope of their duties as public defenders employed by defendant

//
//

Dismissal of Individual Defendants and [Proposed] Order      Page 1

County of Santa Clara.

Dated: 25 January 2008

_____
Anthony Boskovich
Attorney for plaintiff

## ORDER

Pursuant to the stipulation of the parties, defendants J. J. KAPP, MICHELLE DIEDERICHS, RONALD KNAPEL, STEFANY GLASS, LYN AGRE, THOMAS SPIELBAUER, THOMPSON SHARKEY, and RODERIC O'CONNOR are hereby dismissed with prejudice. Each side shall bear its own attorney's fee and costs. For purposes of this litigation only, any representation of plaintiff provided by these individual defendants in the case numbers at issue in this litigation shall be deemed within the course and scope of their duties as public defenders employed by defendant County of Santa Clara.

Dated: January 28, 2008

_____
James Ware
United States District Court Judge

Dismissal of Individual Defendants and [Proposed] Order                    Page 2