**United States District Court**
For the Northern District of California

*E-FILED*
March 25, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGINO ACERO, JR., | No. C 07-00029 JW (HRL) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the settlement conference previously scheduled for **March 21, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **April 29, 2008 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order, dated August 27, 2007, shall remain in effect.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated:   March 25, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Marcy Berkman     marcy.berkman@cco.sccgov.org, cassaundra.foster@cco.sccgov.org

Anthony Boskovich     policemisconduct@compuserve.com

Laura Felton Dumas     lfd@hogefenton.com, jjp@hogefenton.com

James Earl Towery     jet@hogefenton.com, apb@hogefenton.com, slq@hogefenton.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 25, 2008

                                        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                        By:     /s/ *BAK*