IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Longino Acero, | NO. C 07-00029 JW |
| Plaintiff, v. | **ORDER TO SHOW CAUSE RE: DISMISSAL** |
| County of Santa Clara, et al., | |
| Defendants. | |

On June 23, 2008, the Court conducted a Preliminary Pretrial Conference. Counsel for Defendant County of Santa Clara was present. There was no appearance by Plaintiff Longino Acero.

The Court hereby orders Plaintiff Longino Acero to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **July 7, 2008 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court on or before **July 3, 2008**, why said cause should not be dismissed for failure to attend the June 23, 2008 Preliminary Pretrial Conference. The certificate shall set forth in factual summary the reason no appearance was made and what steps the party is taking to pursue or defend the action, its present status and the expected future course of the case.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: June 24, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Earl Towery jet@hogefenton.com
Laura Felton Dumas lfd@hogefenton.com
Marcy Berkman marcy.berkman@cco.sccgov.org

Longino Acero
c/o Connie Rodriguez
538 E. Mission Street
San Jose, Ca 95112


**Dated: June 24, 2008**                                      **Richard W. Wieking, Clerk**

                                                                   **By:      /s/ JW Chambers**
                                                                           **Elizabeth Garcia**
                                                                          **Courtroom Deputy**

**United States District Court**
For the Northern District of California