**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Barbara Wood, et al.,

        Plaintiffs,

  v.

Vista Manor Nursing Center, et al.,

        Defendants.
_____/

NO. C 06-01682 JW

**ORDER FOLLOWING SHOW CAUSE HEARING**

On July 7, 2008, the Court conducted a hearing for the parties to show cause why the Court should not impose sanctions for parties' failure to submit a settlement to the Court for approval in accordance with their representations to the Court that a settlement had been reached.  At the hearing, Plaintiffs' counsel, specially appearing on behalf of Defendants as well as Plaintiffs, represented that the parties had nearly finalized a settlement.  Plaintiffs' counsel further represented all that remained was for Defendants to sign the settlement, and that this could be accomplished in the next two weeks.

In light of this representation, the Court orders the parties to submit for approval a signed settlement or file a stipulated dismissal on or before **July 21, 2008**.  If the parties fail make the required filing or to take other further steps as are necessary to prosecute this case, they may be subject to sanctions for failure to comply with the Court's Order.

Dated:  July 7, 2008

_____
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Ann Brunner alisonb@lawfoundation.org
Annette D. Kirkham annettek@lawfoundation.org
Christopher Brancart cbrancart@brancart.com
D. Scott Chang schang@relmanlaw.com
Jessica Lynn Fry jessicaf@lawfoundation.org
Katherine P. Haas kateh@lawfoundation.org
Keith A. Fink kfink@finklawfirm.com
Kerstin Arusha kerstina@lawfoundation.org
Liam J Garland lgarland@hrc-la.org
Liza Cristol-Deman LcristolDeman@brancart.com
Whitney Huston whitneyh@lawfoundation.org

**Dated:  July 7, 2008**                                        **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

United States District Court
For the Northern District of California