Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

Attorney for Plaintiff Acero

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGINO ACERO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SANTA CLARA, et al. <br><br> Defendants. | NO.:  C07-00029 JW <br><br> **ORDER AMENDING CASE SCHEDULING** |

//

//

Good cause appearing, the court hereby orders that the case schedule dates previously set by the court via its September 17, 2008 scheduling order be amended as follows:

| | |
|---|---|
| Close of All Discovery (¶ 9) | **September 21, 2009** |
| Last Date for Hearing Dispositive Motions (¶ 10) *(≈ 60 days after the Close of All Discovery)* | **November 16, 2009** |
| Preliminary Pretrial Conference at 11 a.m. (¶ 12) *(≈ 30 days before the Close of All Discovery)* | **August 31, 2009** |
| Preliminary Pretrial Conference Statements (¶ 11) *(Due 10 days before conference)* | **August 21, 2009** |

All other aspects of the September 17, 2008, order remain the same.

Dated: May 12, 2009

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE