**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE)

| | |
|---|---|
| LONGINO ACERO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No.   C07-00029 JW<br><br>**ORDER DENYING CONTINUATION OF DEADLINES; CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

    The Court DENIES the parties' Stipulation to continue existing Case Schedule for four months since the Court has previously granted the parties multiple extensions. However, since the Settlement Conference is set for August 28, 2009, the Court finds good cause to continue the Preliminary Pretrial Conference currently set for August 31, 2009. The parties shall comply with the schedule as follows:

| | |
|---|---|
| Close of All Discovery (¶ 9). . . . . . . . . . . . . . . . . . . . | September 21, 2009 |
| Last Date for Hearing Dispositive Motions (¶ 10).. . . . *(60 days after the Close of All Discovery)* | November 16, 2009 |
| Preliminary Pretrial Conference at 11 a.m. (¶ 12). . . . . . . *(30 days before the Close of All Discovery)* | **September 14, 2009** |
| Preliminary Pretrial Conference Statements (¶ 11). . . . . *(Due 10 days before conference)* | **September 4, 2009** |

Dated:  July 29, 2009

_____
JAMES WARE
United States District Judge