IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Longino Acero, Jr., | NO. C 07-00029 JW |
|     Plaintiff, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
|   v. | |
| County of Santa Clara, et al., | |
|     Defendants. | |

On September 14, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. The parties submitted a Joint Statement in advance of the scheduled conference. (Docket Item No. 86.) In light of the representations in the Joint Statement, the Court finds good cause to continue the Preliminary Pretrial Conference to facilitate a negotiated resolution by the parties.

Accordingly, the Court continues the September 14, 2009 Preliminary Pretrial Conference to **October 5, 2009 at 11 a.m.** On or before **September 25, 2009**, the parties shall file a Joint Preliminary Pretrial Statement.

Dated:  September 9, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Marcy Berkman marcy.berkman@cco.sccgov.org
Mark F. Bernal mark.bernal@cco.sccgov.org
Michael Millen MikeMillen@aol.com

**Dated:  September 9, 2009**                    **Richard W. Wieking, Clerk**

                                                  **By:      /s/ JW Chambers                    **
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**