```
MIGUEL MÁRQUEZ, Acting County Counsel (S.B. #184621)
MARK F. BERNAL, Deputy County Counsel (S.B. #173928)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA
```

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONGINO ACERO, JR.<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA<br><br>  Defendant. | No. C07-00029 JW<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Longino Acero, Jr. and Defendant County of Santa Clara, by and through their respective counsel of record, hereby stipulate and agree to an order dismissing this entire action with prejudice as to all named defendants.

//
//
//
//
//
//
//
//
//

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing
Entire Action With Prejudice          -1-                    C07-00029 JW

1  Each side shall bear their own attorneys' fees and costs of the suit.

2  IT IS SO STIPULATED:

|   |   |
|---|---|
| | MIGUEL MÁRQUEZ |
| | Acting County Counsel |
| Dated: 9/22/09 | By: /s/ Mark F. Bernal |
| | MARK F. BERNAL |
| | Deputy County Counsel |
| | Attorneys for Defendant |
| | COUNTY OF SANTA CLARA |
| Dated: 9/22/09 | By: /s/ Michael Millen |
| | MICHAEL MILLEN, ESQ. |
| | Attorney for Plaintiff |
| | LONGINO ACERO, JR. |

IT IS SO ORDERED:

The Clerk shall close this file.

Dated: October 1, 2009

/s/ James Ware
HON. JAMES WARE
United States District Court Judge

207870.wpd

MIGUEL MÁRQUEZ
Acting County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing
Entire Action With Prejudice        -2-        C07-00029 JW